UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM SCOTT SMITH ,

Plaintiff,

v.

STEPHANIE BLOOMINGDALE, et al. ,

Defendant.

CASE NO. 3:26-cv-06340-JHC-BAT

**ORDER DENYING MOTION TO APPOINT COUNSEL, DKT. 1**

Plaintiff, a Stafford Creek prisoner filed a civil rights complaint alleging Defendants violated his rights by refusing to provide him Matzoh and grape juice for Seder. There is no constitutional right to counsel in a civil case, *Adir Int'l, LLC v. Starr Indem. & Liab. Co.*, 994 F.3d 1032, 1038–39 (9th Cir. 2021), and the Court will appoint a lawyer only in exceptional circumstances under 28 U.S.C. § 1915(e)(1). *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) (citation omitted). To determine if there are exceptional circumstances, the Court considers the likelihood of success on the merits and the plaintiff's ability to articulate his claims in view of the complexity of the legal issues involved. *Id*.

Plaintiff claims he was denied Matzoh and grape juice for Seder. The claim is not complex, and plaintiff has displayed the ability to present his claim. In his motion for appointment of counsel, Plaintiff states he wrote a letter to one lawyer requesting representation.

The Court finds this is not a case in which exceptional circumstances compel appointment of counsel.

Accordingly, the Court **ORDERS**:

1. The motion for appointment of counsel, Dkt. 1, is **DENIED**.
2. The clerk shall provide a copy of this order to Plaintiff.

DATED this 17th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge